IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JAMES VINCENT STANLEY,

    Plaintiff.

Case No.: C 13-4454 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    This action was opened on September 25, 2013, when a letter sent by Plaintiff to the Court was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

    On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form.  The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> (IFP) application.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a blank IFP application and told him that he must submit these documents within twenty-eight days or his action would be dismissed.

    More than twenty-eight days have passed and Plaintiff has not filed the necessary documents.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 12/4/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE